SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
 Christine A. Roberts, NV SBN 6472
 Elizabeth E. Stephens, NV SBN 5788
228 South Fourth Street, First Floor
Las Vegas, NV 89101
Telephone: (702) 382-6440
Fax Number: (702) 384-9102

Attorneys for Chapter 7 Trustee,
William A. Leonard, Jr.

**Electronically Filed: July 23, 2009**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) CASE NO. BK-S-09-22035-LBR (Lead Case) |
| | ) |
| CONSOLIDATED RESORTS, INC., et al., | ) (Jointly Administered with Case Nos. |
| | ) 09-22030 through 09-22043)[1] |
| Debtor. | ) Chapter 7 |
| | ) |
| | ) Date: N/A |
| | ) Time: N/A |
| | ) Ctrm: LBR - Courtroom 1 |
| | )        Foley Federal Building |
| | )        300 Las Vegas Blvd. South |
| | )        Las Vegas, NV 89101 |
| | ) Judge: Hon. Linda B. Riegle |

**DECLARATION OF WILLIAM A. LEONARD, JR. IN SUPPORT OF TRUSTEE'S EX PARTE MOTION FOR ORDER AUTHORIZING AND DIRECTING THE JOINT ADMINISTRATION OF CASES**

---

[1] The Debtors in these cases consist of the following: Destinations Unlimited, Case No. 09-22030; Consolidated Realty, Inc., Case No. 09-22031; Consolidated Media, LLC, Case No. 09-22032; CRI Travel Holdings, LLC, Case No. 09-22033; Consolidated Resorts Travel, LLC, Case No. 09-22034; Consolidated Resorts, Inc., Case No. 09-22035; Consolidated Maui, Inc., Case No. 09-22036; Consolidated Kona, Inc., Case No. 09-22037; Lahaina Ticket Company, Case No. 09-22038; Soleil PS, LLC, Case No. 09-22039; Soleil LV, LLC, Case No. 09-22040; Consolidated Tahiti, Inc., Case No. 09-22041; Consolidated Orlando, Inc., Case No. 09-22042; and Consolidated Tickets, LLC, Case No. 09-22043.

I, William A. Leonard, Jr., declare:

1. I am a member of the panel of bankruptcy trustees for the District of Nevada. I have been appointed as the Chapter 7 trustee of the bankruptcy estates of the above-captioned debtors ("Debtors").

2. I make this declaration in support of my Ex Parte Motion for Order Authorizing and Directing the Joint Administration of Cases ("Motion"). All terms not defined herein shall have the meaning given them in the Motion.

3. Prior to the Petition Dates, the Debtors were in the business of developing, owning and operating timeshare and resort properties located in the states of Nevada, Florida and Hawaii. Among other business activities, the Debtors marketed timeshare interests in their resort properties for sale to consumers. Consumers who purchased timeshare interests in the Debtors' properties often paid for such purchases, in part, by signing and delivering promissory notes to the Debtors for a portion of the purchase price. The Debtors oversaw the collection of the note receivables, and these note receivables now represent the vast majority of the bankruptcy estates' assets. The Debtors had a workforce in excess of one thousand persons engaged in administration, timeshare marketing and sales, and the collection of receivables from consumer purchasers of timeshare interests.

4. I am informed and believe that the Debtors are "affiliates" as that term is defined in Bankruptcy Code section 101(2), as they share significant common ownership. Particularly, I am informed and believe that Consolidated Resorts, Inc. or Soleil LV, LLC -- both of whom are Debtors herein -- own 100 percent of the stock of most, if not all, of the other Debtors. Additionally, the Debtors' businesses were intertwined financially and operationally, with each involved in various aspect of the timeshare industry, and often transacting with one another. Because of the interrelated nature of the Debtors' businesses, I anticipate filing numerous motions and other pleadings which involve the same or substantially similar facts and circumstances between multiple Debtors. Accordingly, I believe that joint administration would render the bankruptcy process simpler and less expensive for all involved, eliminate the need for duplicative filings and mailings, and would thus be in the best interests of creditors and the bankruptcy estates. It would also ease the administrative burden on the Court and the clerk's office.

1      5.    Attached as Exhibit "A" hereto is a true and correct copy of the proposed caption for
2  the jointly-administered cases.
3      I declare under penalty of perjury that the foregoing is true and correct, and that this
4  declaration was executed on the 23rd day of July 2009, at Las Vegas, Nevada.

                                          */s/ William A. Leonard, Jr.*
                                          William A. Leonard, Jr., Chapter 7 Trustee

Case 09-22035-lbr    Doc 39    Entered 07/23/09 17:43:21    Page 4 of 5

**EXHIBIT A**

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
  Christine A. Roberts, NV SBN 6472
  Elizabeth E. Stephens, NV SBN 5788
228 South Fourth Street, First Floor
Las Vegas, NV 89101
Telephone: (702) 382-6440
Fax Number: (702) 384-9102

Attorneys for Chapter 7 Trustee
William A. Leonard, Jr.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | CASE NO. BK-S-09-22035-LBR (Lead Case) |
| CONSOLIDATED RESORTS, INC., et al., | (Jointly Administered with Case Nos. 09-22030 through 09-22043)[1] |
| Debtor. | Chapter 7 |
| | Date: |
| | Time: |
| | Ctrm: LBR - Courtroom 1 |
| | Foley Federal Building |
| | 300 Las Vegas Blvd. South |
| | Las Vegas, NV 89101 |
| | Judge: Hon. Linda B. Riegle |

---

[1] The Debtors in these jointly-administered cases consist of the following: Destinations Unlimited, Case No. 09-22030; Consolidated Realty, Inc., Case No. 09-22031; Consolidated Media, LLC, Case No. 09-22032; CRI Travel Holdings, LLC, Case No. 09-22033; Consolidated Resorts Travel, LLC, Case No. 09-22034; Consolidated Resorts, Inc., Case No. 09-22035; Consolidated Maui, Inc., Case No. 09-22036; Consolidated Kona, Inc., Case No. 09-22037; Lahaina Ticket Company, Case No. 09-22038; Soleil PS, LLC, Case No. 09-22039; Soleil LV, LLC, Case No. 09-22040; Consolidated Tahiti, Inc., Case No. 09-22041; Consolidated Orlando, Inc., Case No. 09-22042; and Consolidated Tickets, LLC, Case No. 09-22043.