# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re | ) | Case No. 2:09-bk-22035-MKN |
| | ) | |
| Consolidated Resorts, Inc., A Hawai | ) | IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) | |
| Debtor(s) | ) | NOTICE OF UNCLAIMED FUNDS |
| | ) | |

TO:    Clerk, United States Bankruptcy Court

FROM:    William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| | Sub -Totals | $    0.00 | $222,442.99 |
| | Total check | | $222,442.99 |

SEE ATTACHED

Date: February 1, 2017

_____
Trustee William A. Leonard, Jr.

CONSOLIDATED TRIAL BALANCE
ESCROW LEDGER

| | BANKING DATE | CONTR# | CLIENT NAME | REFERENCE | DEBIT TOTAL: | DOWN PAYMENT | CC / CK # | TYPE | LOC |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 06/30/09 | 721180098 | Cherie Kaye | | | $ 303.00 | | WIRE | Soleil LV |
| 2 | 06/30/09 | 721180155 | Autumn Million | | | $ 1,000.00 | | WIRE | Soleil LV |
| 3 | 06/30/09 | 721180231 | Carl Thompson | | | $ 1,528.00 | | WIRE | Soleil LV |
| 4 | 06/30/09 | 721180245 | Albert Mendoza | | | $ 1,303.00 | | WIRE | Soleil LV |
| 5 | 06/30/09 | 721180257 | Edwin Garcia | | | $ 200.00 | | WIRE | Soleil LV |
| 6 | 06/30/09 | 721280430 | Lattia Bishop | | | $ 1,603.00 | | WIRE | Soleil LV |
| 7 | 06/30/09 | 721280442 | Herman Faataualofa | | | $ 400.00 | | WIRE | Soleil LV |
| 8 | 06/30/09 | 721280498 | Merivin Douglas | | | $ 300.00 | | WIRE | Soleil LV |
| 9 | 06/30/09 | 721280502 | Ernesto Mendoza | | | $ 150.00 | | WIRE | Soleil LV |
| 10 | 06/30/09 | 721280570 | Mitchell McKinney | | | $ 300.00 | | WIRE | Soleil LV |
| 11 | 06/30/09 | 721280703 | Ryan Reeves | | | $ 600.00 | | WIRE | Soleil LV |
| 12 | 06/30/09 | 721280727 | Nathan Diogo | | | $ 600.00 | | WIRE | Soleil LV |
| 13 | 06/30/09 | 721280792 | Norma Ramirez | | | $ 800.00 | | WIRE | Soleil LV |
| 14 | 06/30/09 | 721280805 | Gary, Elmer | | | $ 555.00 | | WIRE | Soleil LV |
| 15 | 06/30/09 | 721280818 | Barnes DeLancy | | | $ 1,603.00 | | WIRE | Soleil LV |
| 16 | 06/30/09 | 721280826 | Johnniece Chambers | | | $ 500.00 | | WIRE | Soleil LV |
| 17 | 06/30/09 | 721280830 | Ismael Solis | | | $ 200.00 | | WIRE | Soleil LV |
| 18 | 06/30/09 | 721280849 | Sherlyn Smith | | | $ 849.48 | | WIRE | Soleil LV |
| 19 | 06/30/09 | 721280859 | Janet Hunter | | | $ 335.00 | | WIRE | Soleil LV |
| 20 | 06/30/09 | 721280866 | Kevin Guidry | | | $ 1,708.00 | | WIRE | Soleil LV |
| 21 | 06/30/09 | 721280867 | Michele Schumacher | | | $ 404.00 | | WIRE | Soleil LV |
| 22 | 06/30/09 | 721280872 | Charles Holloway | | | $ 1,104.00 | | WIRE | Soleil LV |
| 23 | 06/30/09 | 721280881 | Elizabeth Land | | | $ 404.00 | | WIRE | Soleil LV |
| 24 | 06/30/09 | 721280887 | John Jackson | | | $ 12,394.00 | | WIRE | Soleil LV |
| 25 | 06/30/09 | 721280888 | David Zamorano | | | $ 1,902.75 | | WIRE | Soleil LV |
| 26 | 06/30/09 | 721280892 | Marjorie Salow | | | $ 404.00 | | WIRE | Soleil LV |
| 27 | 06/30/09 | 721280899 | Larry Mead | | | $ 500.00 | | WIRE | Soleil LV |
| 28 | 06/30/09 | 721280911 | Veronica Ornelas | | | $ 404.00 | | WIRE | Soleil LV |
| 29 | 06/30/09 | 722380011 | Roselinda Talevich | | | $ 1,403.00 | | WIRE | Soleil LV |
| 30 | 06/30/09 | 722380109 | Daniel Mattfeld | | | $ 300.00 | | WIRE | Soleil LV |
| 31 | 06/30/09 | 722380133 | Troy Heilman | | | $ 400.00 | | WIRE | Soleil LV |
| 32 | 06/30/09 | 722380195 | Phillip Jenkins | | | $ 800.00 | | WIRE | Soleil LV |
| 33 | 06/30/09 | 722380197 | chaniell Thomas | | | $ 503.00 | | WIRE | Soleil LV |
| 34 | 06/30/09 | 722480076 | Noland Matthew | | | $ 200.00 | | WIRE | Soleil LV |
| 35 | 06/30/09 | 722480094 | Jay Clay | | | $ 450.00 | | WIRE | Soleil LV |
| 36 | 06/30/09 | 722480114 | Eric Moore | | | $ 599.00 | | WIRE | Soleil LV |
| 37 | 06/30/09 | 722480148 | Damon Conley | | | $ 1,150.00 | | WIRE | Soleil LV |
| 38 | 06/30/09 | 722480150 | Editha Madarang | | | $ 1,504.00 | | WIRE | Soleil LV |
| 39 | 06/30/09 | 722580125 | Davey Clark | | | $ 1,903.00 | | WIRE | Soleil LV |
| 40 | 06/30/09 | 722580411 | Richard Lopez | | | $ 200.00 | | WIRE | Soleil LV |
| 41 | 06/30/09 | 722580422 | William Owens | | | $ 200.00 | | WIRE | Soleil LV |
| 42 | 06/30/09 | 722580553 | Martin England | | | $ 404.00 | | WIRE | Soleil LV |
| 43 | 06/30/09 | 722580560 | Lloyd Morse | | | $ 404.00 | | WIRE | Soleil LV |
| 44 | 06/30/09 | 722580611 | Monica Hertlein | | | $ 1,502.48 | | WIRE | Consol Ta |
| 45 | 06/30/09 | 722680018 | Vincent Macina | | | $ 4,203.00 | | WIRE | Soleil LV |
| 46 | 06/30/09 | 723180224 | Amy Ahlgren | | | $ 1,703.00 | | WIRE | Soleil LV |
| 47 | 06/30/09 | 723180266 | Mario Hernandez | | | $ 200.00 | | WIRE | Soleil LV |
| 48 | 06/30/09 | 723180362 | Juan Longoria | | | $ 200.00 | | WIRE | Soleil LV |
| 49 | 06/30/09 | 723180385 | Andrea Messer | | | $ 600.00 | | WIRE | Soleil LV |
| 50 | 06/30/09 | 723180459 | Pedro Gutierrez | | | $ 300.00 | | WIRE | Soleil LV |
| 51 | 06/30/09 | 723180515 | Aja-Marie Paro | | | $ 300.00 | | WIRE | Soleil LV |
| 52 | 06/30/09 | 723180592 | Robert Deets | | | $ 200.00 | | WIRE | Soleil LV |

CONSOLIDATED TRIAL BALANCE
ESCROW LEDGER

| # | Date | Ref | Name | | | $ | Amount | Type | Account |
|---|------|-----|------|--|--|---|--------|------|---------|
| 53 | 06/30/09 | 723180604 | Joyce Redmond | | | $ | 500.00 | WIRE | Soleil LV |
| 54 | 06/30/09 | 723180613 | Ruben Lopez | | | $ | 200.00 | WIRE | Soleil LV |
| 55 | 06/30/09 | 723180716 | Kimberly Strayer | | | $ | 500.00 | WIRE | Soleil LV |
| 56 | 06/30/09 | 723180719 | Catrina Morgan | | | $ | 300.00 | WIRE | Soleil LV |
| 57 | 06/30/09 | 723180763 | Francisco Mabbayad | | | $ | 300.00 | WIRE | Soleil LV |
| 58 | 06/30/09 | 723280115 | Theodore Redding | | | $ | 300.00 | WIRE | Soleil LV |
| 59 | 06/30/09 | 723280156 | Robert Bechtel | | | $ | 300.00 | WIRE | Soleil LV |
| 60 | 06/30/09 | 724132699 | Ronald Lightfoot, Jr | | | $ | 1,692.00 | WIRE | Soleil LV |
| 61 | 06/30/09 | 724132913 | Victor Boatwright II | | | $ | 150.00 | WIRE | Soleil LV |
| 62 | 07/06/09 | 724133418 | Krystal Smith | | | $ | 1,542.00 | WIRE | SOLEIL |
| 63 | 06/30/09 | 724133699 | Jesus Hernandez | | | $ | 1,190.00 | WIRE | Soleil LV |
| 64 | 06/30/09 | 724134149 | Leon Bryant | | | $ | 1,200.00 | WIRE | Soleil LV |
| 65 | 06/30/09 | 724172608 | Troy Maxwell | | | $ | 393.00 | WIRE | Soleil LV |
| 66 | 06/30/09 | 724172928 | Terrell Thomas | | | $ | 300.00 | WIRE | Soleil LV |
| 67 | 06/30/09 | 724173294 | Christina Chee | | | $ | 1,400.00 | WIRE | Soleil LV |
| 68 | 06/30/09 | 724173514 | David Smith | | | $ | 300.00 | WIRE | Soleil LV |
| 69 | 06/30/09 | 724180153 | Elizabeth Gregory | | | $ | 904.00 | WIRE | Soleil LV |
| 70 | 06/30/09 | 724180376 | Cresencio Samaro | | | $ | 865.00 | WIRE | Soleil LV |
| 71 | 06/30/09 | 724180377 | Rayfield Mays | | | $ | 1,154.00 | WIRE | Soleil LV |
| 72 | 06/30/09 | 724180507 | Kenneth Harris | | | $ | 300.00 | WIRE | Soleil LV |
| 73 | 06/30/09 | 724180584 | Lonnie Julian | | | $ | 1,100.00 | WIRE | Soleil LV |
| 74 | 06/30/09 | 724180620 | Lonnie Box | | | $ | 564.00 | WIRE | Soleil LV |
| 75 | 06/30/09 | 724180701 | Larry Cadena | | | $ | 704.00 | WIRE | Soleil LV |
| 76 | 06/30/09 | 724180851 | Michael Emerson | | | $ | 1,000.00 | WIRE | Soleil LV |
| 77 | 06/30/09 | 724180904 | Ronneshia Harris | | | $ | 200.00 | WIRE | Soleil LV |
| 78 | 06/30/09 | 724180963 | Eddie James III | | | $ | 100.00 | WIRE | Soleil LV |
| 79 | 06/30/09 | 724180983 | Joshua Hatfield | | | $ | 300.00 | WIRE | Soleil LV |
| 80 | 07/06/09 | 724181002 | Orville Harris | | | $ | 300.00 | WIRE | SOLEIL |
| 81 | 06/30/09 | 724181003 | Shaun McCamey | | | $ | 704.00 | WIRE | Soleil LV |
| 82 | 06/30/09 | 724181047 | Barbara Moore | | | $ | 300.00 | WIRE | Soleil LV |
| 83 | 06/30/09 | 724181054 | Carlos Islas | | | $ | 704.00 | WIRE | Soleil LV |
| 84 | 06/30/09 | 724181060 | Arron Iacolucci | | | $ | 300.00 | WIRE | Soleil LV |
| 85 | 06/30/09 | 724181080 | Julian Brown | | | $ | 1,703.00 | WIRE | Soleil LV |
| 86 | 06/30/09 | 724181123 | Leonard Murgatroyd | | | $ | 1,703.00 | WIRE | Soleil LV |
| 87 | 06/30/09 | 724181169 | Crystal Pugh | | | $ | 300.00 | WIRE | Soleil LV |
| 88 | 06/30/09 | 724181248 | David Redding | | | $ | 400.00 | WIRE | Soleil LV |
| 89 | 06/30/09 | 724181252 | Howard Dindore | | | $ | 500.00 | WIRE | Soleil LV |
| 90 | 06/30/09 | 724181253 | Frank Araiza | | | $ | 300.00 | WIRE | Soleil LV |
| 91 | 06/30/09 | 724181278 | Vincent Avila | | | $ | 953.00 | WIRE | Soleil LV |
| 92 | 06/30/09 | 724181308 | Lourdes Gill | | | $ | 300.00 | WIRE | Soleil LV |
| 93 | 06/30/09 | 724181316 | Verne Whitehouse | | | $ | 704.00 | WIRE | Soleil LV |
| 94 | 06/30/09 | 724181370 | Lesley Infante | | | $ | 1,270.00 | WIRE | Soleil LV |
| 95 | 06/30/09 | 724181440 | Josheph Rodriguez | | | $ | 200.00 | WIRE | Soleil LV |
| 96 | 06/30/09 | 724181450 | Sara Linder | | | $ | 1,000.00 | WIRE | Soleil LV |
| 97 | 06/30/09 | 724181488 | Juan Ramirez | | | $ | 300.00 | WIRE | Soleil LV |
| 98 | 06/30/09 | 724181516 | Clarence Priestley | | | $ | 408.48 | WIRE | Soleil LV |
| 99 | 06/30/09 | 724181559 | Kathryn Varner | | | $ | 300.00 | WIRE | Soleil LV |
| 100 | 06/30/09 | 724181561 | Max Cobb | | | $ | 300.00 | WIRE | Soleil LV |
| 101 | 06/30/09 | 724181569 | Eric Law | | | $ | 1,500.00 | WIRE | Soleil LV |
| 102 | 06/30/09 | 724181586 | Shawn Sibug | | | $ | 2,554.00 | WIRE | Soleil LV |
| 103 | 07/06/09 | 724181605 | Koons Aaron | | | $ | 200.00 | WIRE | SOLEIL |
| 104 | 06/30/09 | 724181700 | Vivienne Phet | | | $ | 300.00 | WIRE | Soleil LV |
| 105 | 06/30/09 | 724181749 | Jimmy Norris | | | $ | 170.00 | WIRE | Soleil LV |
| 106 | 06/30/09 | 724181846 | Kevin Jackson | | | $ | 950.00 | WIRE | Soleil LV |
| 107 | 06/30/09 | 724181848 | Cuauhtemoc Barranco | | | $ | 300.00 | WIRE | Soleil LV |
| 108 | 06/30/09 | 724181864 | Griselda Ramirez | | | $ | 200.00 | WIRE | Soleil LV |
| 109 | 06/30/09 | 724181874 | Shawn McClung | | | $ | 300.00 | WIRE | Soleil LV |

CONSOLIDATED TRIAL BALANCE
ESCROW LEDGER

| # | Date | Account | Name | | | $ | Amount | | Type | Entity |
|---|---|---|---|---|---|---|---|---|---|---|
| 110 | 06/30/09 | 724181893 | Richard Chever | | | $ | 1,203.00 | | WIRE | Soleil LV |
| 111 | 06/30/09 | 724181988 | Fatima Potente | | | $ | 2,653.00 | | WIRE | Soleil LV |
| 112 | 06/30/09 | 724181989 | Thomas Greene | | | $ | 653.00 | | WIRE | Soleil LV |
| 113 | 06/30/09 | 724182010 | Macario Escobedo | | | $ | 704.00 | | WIRE | Soleil LV |
| 114 | 06/30/09 | 724182048 | Dalles Wielenga | | | $ | 300.00 | | WIRE | Soleil LV |
| 115 | 06/30/09 | 724182054 | Tetia Shaw | | | $ | 1,704.00 | | WIRE | Soleil LV |
| 116 | 06/30/09 | 724182069 | Robert Lewis | | | $ | 300.00 | | WIRE | Soleil LV |
| 117 | 06/30/09 | 724182120 | Earnesta Isabel | | | $ | 954.00 | | WIRE | Soleil LV |
| 118 | 06/30/09 | 724182170 | Vincent Ball Jr. | | | $ | 1,703.00 | | WIRE | Soleil LV |
| 119 | 06/30/09 | 724182177 | Jose Mena | | | $ | 300.00 | | WIRE | Soleil LV |
| 120 | 06/30/09 | 724182190 | Candice Barnes | | | $ | 300.00 | | WIRE | Soleil LV |
| 121 | 06/30/09 | 724182204 | Heather Paul | | | $ | 300.00 | | WIRE | Soleil LV |
| 122 | 06/30/09 | 724182239 | Evaristo Fontanilla | | | $ | 702.00 | | WIRE | Soleil LV |
| 123 | 06/30/09 | 724182324 | Juan Flores | | | $ | 1,703.00 | | WIRE | Soleil LV |
| 124 | 06/30/09 | 724182368 | Donald Dudley | | | $ | 600.00 | | WIRE | Soleil LV |
| 125 | 06/30/09 | 724182369 | Ivery Smith | | | $ | 300.00 | | WIRE | Soleil LV |
| 126 | 06/30/09 | 724182416 | Joseph Varona | | | $ | 1,187.00 | | WIRE | Soleil LV |
| 127 | 06/30/09 | 724182442 | Jahana Alfaro | | | $ | 300.00 | | WIRE | Soleil LV |
| 128 | 06/30/09 | 724182465 | Ashley Bradley | | | $ | 300.00 | | WIRE | Soleil LV |
| 129 | 06/30/09 | 724182486 | Rodrigo Tagalicud | | | $ | 1,304.00 | | WIRE | Soleil LV |
| 130 | 06/30/09 | 724182551 | Francisco Arriola | | | $ | 1,703.00 | | WIRE | Soleil LV |
| 131 | 06/30/09 | 724182560 | Lupe Rodriguez | | | $ | 1,203.00 | | WIRE | Soleil LV |
| 132 | 06/30/09 | 724182561 | Royal Jackson | | | $ | 300.00 | | WIRE | Soleil LV |
| 133 | 06/30/09 | 724182590 | William Anderson | | | $ | 200.00 | | WIRE | Soleil LV |
| 134 | 06/30/09 | 724182599 | Jose Ruiz | | | $ | 300.00 | | WIRE | Soleil LV |
| 135 | 06/30/09 | 724182604 | Latoya Gaio | | | $ | 403.00 | | WIRE | Soleil LV |
| 136 | 06/30/09 | 724182605 | Mehran Bakhtiar | | | $ | 300.00 | | WIRE | Soleil LV |
| 137 | 06/30/09 | 724182654 | Lisa Rivera | | | $ | 1,703.00 | | WIRE | Soleil LV |
| 138 | 06/30/09 | 724182728 | David Coleman | | | $ | 1,703.00 | | WIRE | Soleil LV |
| 139 | 06/30/09 | 724182739 | Ryan Mazon | | | $ | 2,553.00 | | WIRE | Soleil LV |
| 140 | 06/30/09 | 724182742 | Arturo Tadillo | | | $ | 1,703.00 | | WIRE | Soleil LV |
| 141 | 06/30/09 | 724182767 | Jennifer Oatis | | | $ | 300.00 | | WIRE | Soleil LV |
| 142 | 06/30/09 | 724182771 | Freddie Gallardo | | | $ | 200.00 | | WIRE | Soleil LV |
| 143 | 06/30/09 | 724182804 | Dedric Williams | | | $ | 300.00 | | WIRE | Soleil LV |
| 144 | 06/30/09 | 724182809 | Rodney Wanner | | | $ | 300.00 | | WIRE | Soleil LV |
| 145 | 06/30/09 | 724182856 | John Lott | | | $ | 400.00 | | WIRE | Soleil LV |
| 146 | 06/30/09 | 724182864 | Benjamin Lewis | | | $ | 300.00 | | WIRE | Soleil LV |
| 147 | 06/30/09 | 724182867 | Christina Russell | | | $ | 2,703.00 | | WIRE | Soleil LV |
| 148 | 06/30/09 | 724182870 | Jose Delgado | | | $ | 300.00 | | WIRE | Soleil LV |
| 149 | 06/30/09 | 724182871 | Juan Calderon | | | $ | 300.00 | | WIRE | Soleil LV |
| 150 | 06/30/09 | 724182897 | Dumar Starks | | | $ | 2,135.00 | | WIRE | Soleil LV |
| 151 | 06/30/09 | 724182914 | Alfredo Zuniga | | | $ | 200.00 | | WIRE | Soleil LV |
| 152 | 06/30/09 | 724182915 | Paul Sacksteder | | | $ | 300.00 | | WIRE | Soleil LV |
| 153 | 06/30/09 | 724182929 | Gary Ross | | | $ | 1,703.00 | | WIRE | Soleil LV |
| 154 | 06/30/09 | 724182945 | Jennifer Lara | | | $ | 300.00 | | WIRE | Soleil LV |
| 155 | 06/30/09 | 724182963 | Suzanne Roudabush | | | $ | 1,853.00 | | WIRE | Soleil LV |
| 156 | 06/30/09 | 724182969 | Edna Saguid | | | $ | 300.00 | | WIRE | Soleil LV |
| 157 | 06/30/09 | 724182974 | Mark King | | | $ | 300.00 | | WIRE | Soleil LV |
| 158 | 06/30/09 | 724182977 | Beatriz Sandoval | | | $ | 1,150.00 | | WIRE | Soleil LV |
| 159 | 06/30/09 | 724182987 | Jasper Cortez | | | $ | 300.00 | | WIRE | Soleil LV |
| 160 | 06/30/09 | 724182997 | Darshawon Menefield | | | $ | 300.00 | | WIRE | Soleil LV |
| 161 | 06/30/09 | 724183002 | Efrain Loyola | | | $ | 1,703.00 | | WIRE | Soleil LV |
| 162 | 06/30/09 | 724183022 | James McMurray | | | $ | 300.00 | | WIRE | Soleil LV |
| 163 | 06/30/09 | 724183024 | Christine Price | | | $ | 300.00 | | WIRE | Soleil LV |
| 164 | 06/30/09 | 724183025 | Nancy Romero | | | $ | 300.00 | | WIRE | Soleil LV |
| 165 | 06/30/09 | 724183030 | Sara Villanueva | | | $ | 300.00 | | WIRE | Soleil LV |
| 166 | 06/30/09 | 724183034 | Sabrina Mendoza | | | $ | 500.00 | | WIRE | Soleil LV |

CONSOLIDATED TRIAL BALANCE
ESCROW LEDGER

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 167 | 06/30/09 | 724183049 | Melissa Prince | | | $ | 400.00 | WIRE | Soleil LV |
| | 168 | 07/06/09 | 724183063 | Shane MacKannan | | | $ | 500.00 | WIRE | SOLEIL |
| | 169 | 06/30/09 | 724183072 | Ryan Spears | | | $ | 704.00 | WIRE | Soleil LV |
| | 170 | 06/30/09 | 724183088 | Claude Backman | | | $ | 300.00 | WIRE | Soleil LV |
| | 171 | 06/30/09 | 724183089 | Reynaldo Reaser | | | $ | 300.00 | WIRE | Soleil LV |
| | 172 | 06/30/09 | 724183123 | Gildardo Cerna | | | $ | 500.00 | WIRE | Soleil LV |
| | 173 | 06/30/09 | 724183124 | Rosemary Ramirez | | | $ | 300.00 | WIRE | Soleil LV |
| | 174 | 06/30/09 | 724183139 | Jeanetta Gurnee | | | $ | 300.00 | WIRE | Soleil LV |
| | 175 | 06/30/09 | 724183140 | Debra Etter | | | $ | 904.00 | WIRE | Soleil LV |
| | 176 | 06/30/09 | 724183144 | Shirlandra Dugi | | | $ | 350.00 | WIRE | Soleil LV |
| | 177 | 06/30/09 | 724183146 | Ruby Banks | | | $ | 300.00 | WIRE | Soleil LV |
| | 178 | 06/30/09 | 724183148 | David Johnson | | | $ | 1,853.00 | WIRE | Soleil LV |
| | 179 | 06/30/09 | 724183149 | Maria Garcia | | | $ | 300.00 | WIRE | Soleil LV |
| | 180 | 06/30/09 | 724183164 | James Hildner | | | $ | 1,844.00 | WIRE | Soleil LV |
| | 181 | 06/30/09 | 724183198 | Osbaldo Coronado | | | $ | 1,903.00 | WIRE | Soleil LV |
| | 182 | 06/30/09 | 724183204 | Laurie Ebenal | | | $ | 1,753.00 | WIRE | Soleil LV |
| | 183 | 06/30/09 | 724183272 | Marvin Crutchfield | | | $ | 300.00 | WIRE | Soleil LV |
| | 184 | 06/30/09 | 724183292 | Stephanie Turner | | | $ | 1,903.00 | WIRE | Soleil LV |
| | 185 | 06/30/09 | 724183309 | Russell Oduor | | | $ | 400.00 | WIRE | Soleil LV |
| | 186 | 06/30/09 | 724183313 | Jessica Rodriguez | | | $ | 500.00 | WIRE | Soleil LV |
| | 187 | 06/30/09 | 724183316 | Bertoldo Calderon | | | $ | 400.00 | WIRE | Soleil LV |
| | 188 | 06/30/09 | 724183317 | Jose Alvarez | | | $ | 300.00 | WIRE | Soleil LV |
| | 189 | 06/30/09 | 724183324 | Mark Swenson | | | $ | 1,853.00 | WIRE | Soleil LV |
| | 190 | 06/30/09 | 724183326 | Sandra Kelly | | | $ | 500.00 | WIRE | Soleil LV |
| | 191 | 06/30/09 | 724183332 | Jerry Andrews | | | $ | 300.00 | WIRE | Soleil LV |
| | 192 | 06/30/09 | 724183340 | Eric Sigmon | | | $ | 2,653.00 | WIRE | Soleil LV |
| | 193 | 06/30/09 | 724183341 | Robert Marquette | | | $ | 3,402.00 | WIRE | Soleil LV |
| | 194 | 06/30/09 | 724183343 | Deon Anderson | | | $ | 300.00 | WIRE | Soleil LV |
| | 195 | 06/30/09 | 724196193 | Joydev Mitra | | | $ | 1,482.00 | WIRE | Soleil LV |
| | 196 | 06/30/09 | 724196205 | Amelda Pratt | | | $ | 500.00 | WIRE | Soleil LV |
| | 197 | 06/30/09 | 724198054 | Barbara Salvador | | | $ | 1,642.00 | WIRE | Soleil LV |
| | 198 | 07/06/09 | 724198073 | Christina Chee | | | $ | 242.00 | WIRE | SOLEIL |
| | 199 | 06/30/09 | 724232913 | Scott Freeman | | | $ | 617.00 | WIRE | Soleil LV |
| | 200 | 06/30/09 | 724272322 | Willie Gray III | | | $ | 500.00 | WIRE | Soleil LV |
| | 201 | 06/30/09 | 724275109 | Gregory Brown | | | $ | 2,077.00 | WIRE | Soleil LV |
| | 202 | 06/30/09 | 724275698 | Bobbie Dunn | | | $ | 2,167.00 | WIRE | Soleil LV |
| | 203 | 06/30/09 | 724276187 | James Jones Jr. | | | $ | 1,328.00 | WIRE | Soleil LV |
| | 204 | 06/30/09 | 724280946 | Walid Batarni | | | $ | 400.00 | WIRE | Soleil LV |
| | 205 | 06/30/09 | 724281037 | Richars Torres | | | $ | 500.00 | WIRE | Soleil LV |
| | 206 | 06/30/09 | 724281263 | Leroy Mattson | | | $ | 300.00 | WIRE | Soleil LV |
| | 207 | 06/30/09 | 724281320 | Nicole Norman | | | $ | 1,154.50 | WIRE | Soleil LV |
| | 208 | 06/30/09 | 724281321 | Nicole Norman | | | $ | 1,253.50 | WIRE | Soleil LV |
| | 209 | 06/30/09 | 724281350 | Gladys Gonzalez | | | $ | 904.00 | WIRE | Soleil LV |
| | 210 | 06/30/09 | 724281359 | Bennetta Jackson | | | $ | 200.00 | WIRE | Soleil LV |
| | 211 | 06/30/09 | 724281366 | Terri Hafiz-Fetter | | | $ | 300.00 | WIRE | Soleil LV |
| | 212 | 06/30/09 | 724281369 | Ricky Robinholt | | | $ | 904.00 | WIRE | Soleil LV |
| | 213 | 06/30/09 | 724281385 | Robert Canady | | | $ | 500.00 | WIRE | Soleil LV |
| | 214 | 07/06/09 | 724281394 | Michael Harris | | | $ | 935.00 | WIRE | SOLEIL |
| | 215 | 06/30/09 | 724281416 | David Reyes M. | | | $ | 300.00 | WIRE | Soleil LV |
| | 216 | 06/30/09 | 724281425 | Vickie Olsen | | | $ | 100.00 | WIRE | Soleil LV |
| | 217 | 06/30/09 | 724281429 | James Ong | | | $ | 300.00 | WIRE | Soleil LV |
| | 218 | 06/30/09 | 724281433 | Robert Bertero | | | $ | 1,243.80 | WIRE | Soleil LV |
| | 219 | 06/30/09 | 724281449 | Melissa Valencia | | | $ | 200.00 | WIRE | Soleil LV |
| | 220 | 07/06/09 | 724363505 | Jessica McGuire | | | $ | 3,192.00 | WIRE | SOLEIL |
| | 221 | 06/30/09 | 724363525 | Wale Alemu | | | $ | 4,392.00 | WIRE | Soleil LV |
| | 222 | 06/30/09 | 724380303 | Dion Allen | | | $ | 2,000.00 | WIRE | Soleil LV |
| | 223 | 06/30/09 | 724380619 | Stephen Shahan | | | $ | 1,092.00 | WIRE | Soleil LV |

CONSOLIDATED TRIAL BALANCE
ESCROW LEDGER

| # | Date | Number | Name | Note | | Amount | | Method | Property |
|---|---|---|---|---|---|---|---|---|---|
| 224 | 06/30/09 | 724380771 | Ricardo Phillipis | | | $ | 2,000.00 | WIRE | Soleil LV |
| 225 | 06/30/09 | 724380808 | Cesar Penalonzo | | | $ | 1,000.00 | WIRE | Soleil LV |
| 226 | 07/06/09 | 724380821 | Tommy Pahal | | | $ | 3,353.00 | WIRE | SOLEIL |
| 227 | 06/30/09 | 724380827 | Jose Velez | | | $ | 1,335.00 | WIRE | Soleil LV |
| 228 | 06/30/09 | 724380830 | Oscar Florendo | | | $ | 4,703.00 | WIRE | Soleil LV |
| 229 | 06/30/09 | 724380849 | Stacy Gamez | | | $ | 1,904.00 | WIRE | Soleil LV |
| 230 | 06/30/09 | 724380856 | Larry Lee | | | $ | 1,604.00 | WIRE | Soleil LV |
| 231 | 06/30/09 | 724380864 | Simi Jain | | | $ | 6,002.00 | WIRE | Soleil LV |
| 232 | 06/30/09 | 724380869 | Dennis Healy | | | $ | 1,204.00 | WIRE | Soleil LV |
| 233 | 06/30/09 | 724380875 | Veronica Del-Ask | | | $ | 4,403.00 | WIRE | Soleil LV |
| 234 | 07/06/09 | 724380880 | Jon Smith | | | $ | 1,535.00 | WIRE | SOLEIL |
| 235 | 06/30/09 | 724182910 | June Sawyers | CTT/Trustee fee deducted. Issue | | $ | 1,300.00 | WIRE/ | Soleil LV, |
| | | | | | $ | - | $ | 222,442.99 | |