

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

```
IN RE:                            )
                                  )   BK-S 09-22035-mkn
                                  )
   Consolidated Resorts, Inc.     )   HEARING DATE:
                                  )   HEARING TIME:
                                  )
              Debtor              )   APPLICATION TO WITHDRAW
                                  )   MONEYS UNDER 28 U.S.C. 2042
```

RECEIVED AND FILED
2017 FEB 13 PM 2 38
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Dilks & Knopik, LLC, Applicant, states that there was a dividend check in the amount $12,394.00 in the above-named case issued to John Jackson. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CROSS OUT THE PARAGRAPH THAT DOES NOT APPLY:**

1. Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

2. ~~Claimant is not the creditor but is entitled to payment of these moneys because (Please state the basis for your claim to the moneys)~~ _____

_____
_____
_____

The creditor did not receive the initial dividend check in the above case for the following reason:

Dividends were not collected by the creditor, John Jackson. John and Cheryl Jackson's current address is 12005 SE 73rd Pl, Newcastle, WA 98056.

(please attach copies of any supporting documentation *)

Applicant requests the Court to enter an order authorizing payment of the pro rata dividend upon this claim to John and Cheryl Jackson c/o Dilks & Knopik, LLC, 35308 SE Center St, Snoqualmie, WA 98065.

Date:  February 7, 2017

Brian J. Dilks, Managing Member
Attorney-in-Fact for
John and Cheryl Jackson
35308 SE Center St.
Snoqualmie, WA 98065
(425) 836-5728

Sworn and subscribed to before
Me this 7 day of February, 2017

Andrew T. Drake, Notary Public
My commission expires September 9, 2019



* (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.

  (ii) If claimant is assignee of creditor, attach copy of assignment.

  (iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.

  (iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement

  (v) Attach other documents showing entitlement should none of the foregoing apply.

## CERTIFICATE OF SERVICE OF APPLICATION
## ON U.S. ATTORNEY

Notice is hereby given that on February 7, 2017 a copy of the Application for Release of Unclaimed Funds was served on the U.S. Attorney for the District of Nevada by U.S. Mail at the following addresses:

>NVDB United States Attorney
>333 Las Vegas Blvd. South
>Suite 5000
>Las Vegas, NV 89101

Dated: February 7, 2017

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney in Fact for
John and Cheryl Jackson