# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re ) | Case No. 2:09-bk-22035-MKN |
| ) | |
| Consolidated Resorts, Inc., A Hawai ) | IN PROCEEDINGS UNDER CHAPTER 7 |
| ) | |
| Debtor(s) ) | AMENDED NOTICE OF UNCLAIMED FUNDS |
| ) | |

TO:     Clerk, United States Bankruptcy Court

FROM:   William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| | | | $222,442.99 |
| | Sub-Totals | $   0.00 | $222,442.99 |
| | Total check | | $222,442.99 |

SEE ATTACHED

Date:   March 15, 2017

_____
Trustee William A. Leonard, Jr.

| Soleil | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 721180098 | Kaye, Cherie | Kaye, Jack E | 4480 Conrad Ave | San Diego | CA | 92117 | Soleil | $303.00 |
| 721180155 | Million, Autumn L. | Simonsen, Brandon M. | 94 N Grogan Street Unit C | Belgrade | MT | 59714 | Soleil | $1,000.00 |
| 721180231 | Thompson, Carl | Thompson, Edna | P.O. Box 152 | Fittstown | OK | 74842 | Soleil | $1,528.00 |
| 721180245 | Mendoza, Albert | | 15510 Mallory Dr | Fontana | CA | 92335 | Soleil | $1,303.00 |
| 721180257 | Garcia, Edwin A. | Lopez, Rebeca | 6855 Wheeler Ct | Fontana | CA | 92336 | Soleil | $200.00 |
| 721280430 | Bishop, Lattia M. | | 1591 Lane Ave S Apt 113T | Jacksonville | FL | 322101532 | Soleil | $1,603.00 |
| 721280442 | Faataualofa, Herman | Faataualofa, Julie | 5123 Stormy Trail | San Antonio | TX | 78247 | Soleil | $400.00 |
| 721280498 | Douglas, Mervin R. | Douglas, Bernadette | 17104 Longmeadow Avenue | Lake Los Angeles | CA | 93591 | Soleil | $300.00 |
| 721280502 | Mendoza, Ernesto | Mendoza, Cheryl | 39315 Eternity Ln | Murrieta | CA | 92563 | Soleil | $150.00 |
| 721280570 | McKinney, Mitchell N | McKinney, Kathryn Thompson | 11420 W Ashland Way | Avondale | AZ | 85392 | Soleil | $300.00 |
| 721280703 | Reeves, Ryan K. | Reeves, Amanda J. | 4242 W Ave L. #116 | Lancaster | CA | 93536 | Soleil | $600.00 |
| 721280727 | Diogo, Nathan A. | Diogo, Dawn T. | 3898 Lorient Ave. | West Jordan | UT | 84084 | Soleil | $600.00 |
| 721280792 | Ramirez, Norma | Ramirez Jr., Raul | 7029 Crown Ridge | El Paso | TX | 799127238 | Soleil | $800.00 |
| 721280805 | Gary, Elmer | Gary, Alma | 1765 Pemberton Ln | Indianapolis | IN | 462601557 | Soleil | $555.00 |
| 721280818 | DeLancy, Barnes | DeLancy, Pamela | 3631 Lago de Bracciano St | San Jose | CA | 95148 | Soleil | $1,603.00 |
| 721280826 | Chambers, Johnniece | Sherman, Anthony | 13679 Fern Pine Rd | Victorville | CA | 923921269 | Soleil | $500.00 |
| 721280830 | Solis, Ismael | Solis, Tricia | 17572 Lane Dr | Madera | CA | 93638 | Soleil | $200.00 |
| 721280849 | Smith, Sherlyn | Smith, Torrance G. | 1054 West 187th Street | Homewood | IL | 60430 | Soleil | $849.48 |
| 721280859 | Hunter, Janet F | | 990 Stonewood Ln | Maitland | FL | 32751 | Soleil | $335.00 |
| 721280866 | Guidry, Kevin W. | Guidry, Bridget B | 9406 Gulf Bridge St | Houston | TX | 770755015 | Soleil | $1,708.00 |
| 721280867 | Schumacher, Michele L | | 1206 Lincoln Road | Bellevue | NE | 680053109 | Soleil | $404.00 |
| 721280872 | Holloway, Charles F. | Holloway, Phoebe S. | RT 2 BOX 284-B | Sallisaw | OK | 74955 | Soleil | $1,104.00 |
| 721280881 | Land, Elizabeth | Land, Gregory | 16788 East Elgin Street | Gilbert | AZ | 852952000 | Soleil | $404.00 |
| 721280887 | Jackson, John | Jackson, Cheryl | 12005 SE 73rd Place | Newcastle | WA | 98056 | Soleil | $12,394.00 |
| 721280888 | Zamorano, David | Zamorano, Yadira N. | 5159 Navajo Trail | Las Cruces | NM | 88012 | Soleil | $1,902.75 |
| 721280892 | Salow, Marjorie A | Prince, Richard G | 6438 W Cavedale Dr | Phoenix | AZ | 850836592 | Soleil | $404.00 |
| 721280899 | Mead, Larry | Mead, Therese | PO Box 15 | Greybull | WY | 82426 | Soleil | $500.00 |
| 721280911 | Ornelas, Veronica | Gillies, Richard | 2141 Cypress Dr. | El Centro | CA | 92243 9133 | Soleil | $404.00 |
| 722380011 | Talevich, Roselinda | | 8201 Ironwood Ave | California City | CA | 93505 | Soleil | $1,403.00 |
| 722380109 | Mattfeld, Daniel | Mattfeld, Melissia | 257 Pine Cone Park | Perham | MN | 56573 | Soleil | $300.00 |
| 722380133 | Heilman, Troy | Heilman, Jennifer | 1847 A Terrier | Point Mugu | CA | 93041 | Soleil | $400.00 |
| 722380195 | Jenkins, Phillip S. | | 109 Strand Ave | Dayton | OH | 454272832 | Soleil | $800.00 |
| 722380197 | Thomas, Chaniell | Thomas, Reginald | 27379 Honey Scented Rd. | Moreno Valley | CA | 92555 | Soleil | $503.00 |
| 722480076 | Matthew, Noland D. | Small, Angel Monee | 813 8th Street #T2 | Laurel | MD | 20707 | Soleil | $200.00 |
| 722480094 | Clay, Jay | Bell-Winbush, Nashara | 6091 Silver Brooke W | West Bloomfield | MI | 483221015 | Soleil | $450.00 |
| 722480114 | Moore, Eric | Tatum, Gerri | 23404 Wemlock Ave #308 | Moreno Valley | CA | 92557 | Soleil | $599.00 |
| 722480148 | Conley, Damon | Conley, Jessica | 4001 Crockett | Amarillo | TX | 791101106 | Soleil | $1,150.00 |
| 722480150 | Madarang, Editha | | 214 W Capitol Ave | Milpitas | CA | 95035 | Soleil | $1,504.00 |
| 722580125 | Clark, Davey S | | 5100 Hwy 145 South | Meridian | MS | 39301 | Soleil | $1,903.00 |
| 722580411 | Lopez, Richard | Avalos, Vicky | 11950 Ashford St. | Rancho Cucamonga | CA | 91739 | Soleil | $200.00 |
| 722580422 | Owens, William G. | Owens, Selena M. | 5704 Metalmark Dr | Fuquay Varina | NC | 27526 | Soleil | $200.00 |
| 722580553 | England, Martin G. | England, Jody M. | 13434 5th St | Cerritos | CA | 907038336 | Soleil | $404.00 |
| 722580560 | Morse, Lloyd C. | Morse, Cynthia | 3809 Parkridge Ave | Rosamond | CA | 935605909 | Soleil | $404.00 |
| 722680018 | Macina, Vincent R. | Macina, Lisa | 1803 E Camp McDonald Rd. | Mount Prospect | IL | 60056 | Soleil | $4,203.00 |
| 723180224 | Ahlgren, Amy | | 408 Saratoga Ave | Osceola | WI | 54020 | Soleil | $1,703.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 723180266 | Hernandez, Mario Nevarez | Nevarez, Crystal D. | 840 Elm St. | Earlimart | CA | 93219 | Soleil | $200.00 |
| 723180362 | Longoria, Juan Jose | Longoria, Rosalinda | 155 Fern Hollow Dr | Jourdanton | TX | 78026 | Soleil | $200.00 |
| 723180385 | Messer, Andrea | Messer, James | 3512 Boston Rd | Cheyenne | WY | 82001 | Soleil | $600.00 |
| 723180459 | Gutierrez, Pedro | Sanabria, Juliana | 15851 Pasadena Ave Apt F-11 | Tustin | CA | 92780 | Soleil | $300.00 |
| 723180515 | Paro, Aja-Marie K. | Amina, Alex C. | 404 N. Beretania St #208 | Honolulu | HI | 96817 | Soleil | $300.00 |
| 723180592 | Deets, Robert | Mendoza, Mandy | P O Box 3547 | Kingman | AZ | 86402 | Soleil | $200.00 |
| 723180604 | Redmond, Joyce | | 456 Lamson Ave | Bedford | OH | 44146 | Soleil | $500.00 |
| 723180613 | Lopez, Ruben | Lopez, Sylvia | 1010 CR 4511 | Hondo | TX | 78861 | Soleil | $200.00 |
| 723180716 | Strayer, Kimberly | Goins, Roy A. | 5119 148th St W | Apple Valley | MN | 55124 | Soleil | $500.00 |
| 723180719 | Morgan, Catrina | Spears, Jarris | 4701 Irving Blvd NW #1712 | Albuquerque | NM | 87114 | Soleil | $300.00 |
| 723180763 | Mabbayad, Francisco A | Mabbayad, Pierre | 1081 Candlewood Ave | Sunnyvale | CA | 94089 | Soleil | $300.00 |
| 723280115 | Redding, Theodore W. | Holcombe, Misty D. | 403 Crittenden St | Yoakum | TX | 77995 | Soleil | $300.00 |
| 723280156 | Bechtel, Robert | Feil, Jennae | 19807 Woodland Road SW | Frostburg | MD | 21532 | Soleil | $300.00 |
| 724132699 | Lightfoot, Jr, Ronald | Lightfoot, Lakeisha | 6608 Tanglewood Ct Apt #3C | Hammond | IN | 46323 | Soleil | $1,692.00 |
| 724132913 | Boatwright II, Victor Alexis | McClinton, Carmen | 31755 Day Lily Dr. | Rockwood | MI | 48173 | Soleil | $150.00 |
| 724133699 | Hernandez, Jesus | Hernandez, Rosemary | 546 W University Dr | Mesa | AZ | 852015628 | Soleil | $1,190.00 |
| 724134149 | Bryant, Leon P. | | 8957 Guava Ave | Hesperia | CA | 923456629 | Soleil | $1,200.00 |
| 724172608 | Maxwell, Troy | Maxwell, Angela | 9837 N 11th St | Phoenix | AZ | 85020-1711 | Soleil | $393.00 |
| 724172928 | Thomas, Terrell | Richards, Erika | 43612 Serenity Ct | Lancaster | CA | 93535 5642 | Soleil | $300.00 |
| 724173294 | Chee, Christina | Chee Sr., Duwayne | PO Box 209 | Navajo | NM | 87328 0209 | Soleil | $1,400.00 |
| 724173514 | Smith, David | Malveaux Hatcher, Annette | 7040 Santa Fe Canyon Pl | San Diego | CA | 92129 2252 | Soleil | $300.00 |
| 724180153 | Gregory, Elizabeth | | 4804 Irving Ln | Nashville | TN | 372142776 | Soleil | $904.00 |
| 724180376 | Samaro, Cresencio | Samaro, Pamela Jimenez | 720 S Sandalwood Ave | Bloomington | CA | 92316 | Soleil | $865.00 |
| 724180377 | Mays, Rayfield W. | Stewart, Rayhanah | 270 Eastside Ave SE | Atlanta | GA | 30316-1628 | Soleil | $1,154.00 |
| 724180507 | Harris,, Kenneth R | Harris,, Shalia LJ | 3469 W Sunshine Butte Dr | Queen Creek | AZ | 852423058 | Soleil | $300.00 |
| 724180584 | Julian, Lonnie | Julian, Rolanda | PO Box 56 | Dulce | NM | 87528 | Soleil | $1,100.00 |
| 724180620 | Box, Lonnie L | Box, Patricia Ann | PO Box 633 | Mount Vernon | WA | 982730633 | Soleil | $564.00 |
| 724180701 | Cadena, Larry | Cadena, Sue Ann | 4908 Grapeland | El Paso | TX | 799241104 | Soleil | $704.00 |
| 724180851 | Emerson, Michael | Bugay, Melinda | 620 Montgomery St | Manchester | NH | 3102 | Soleil | $1,000.00 |
| 724180904 | Harris, Ronneshia | Harris, Tangela | 5615 Mayo Street | Hollywood | FL | 33023 | Soleil | $200.00 |
| 724180963 | James III, Eddie | James, Dawn L | 815 Pine St | Sault Sainte Marie | MI | 49783 | Soleil | $100.00 |
| 724180983 | Hatfield, Joshua M | | 5322 Medical Dr D208 | San Antonio | TX | 78240 | Soleil | $300.00 |
| 724181002 | Harris, Orville | James, Allison | 11901 30th Ct N | Saint Petersburg | FL | 337161866 | Soleil | $300.00 |
| 724181003 | McCamey, Shaun M | Moore, Shameika R. | 12024 S Perry Ave | Chicago | IL | 60628 | Soleil | $704.00 |
| 724181047 | Moore, Barbara | Moore, Terry | 637 Foxfield Rd | Hopkinsville | KY | 42240 | Soleil | $300.00 |
| 724181054 | Islas, Carlos | Islas, Galia | 805 W Watson Dr | Tempe | AZ | 85283 | Soleil | $704.00 |
| 724181060 | Iacolucci, Arron | Iacolucci, Andrea | 4347 S Dorset Rd | Spokane | WA | 99224 | Soleil | $300.00 |
| 724181080 | Brown, Julian | Brown, Yolanda | 1906 W 86th Ave Apt S549 | Merrillville | IN | 46410 | Soleil | $1,703.00 |
| 724181123 | Murgatroyd, Leonard H. | Koon, Julia | 53-26 65th Place | Maspeth | NY | 11378 | Soleil | $1,703.00 |
| 724181169 | Pugh, Crystal M | Pugh, Kwanta C | 4125 Glenburne Blvd | Lansing | MI | 48911 | Soleil | $300.00 |
| 724181248 | Redding, David | Redding, Stephanie H | 2522 Olive St | Chattanooga | TN | 37406 | Soleil | $400.00 |
| 724181252 | Dindore, Howard A. | Dindore, Shatana J. | 635 S 700 W | Woods Cross | UT | 840871223 | Soleil | $500.00 |
| 724181253 | Araiza, Frank L. | Araiza, Wendy S. | 223 Monte Vista Ave. | Costa Mesa | CA | 926271123 | Soleil | $300.00 |
| 724181278 | Avila, Vincent | Avila, Valerie | 6838 Loma Secca | San Antonio | TX | 78233 | Soleil | $953.00 |
| 724181308 | Gill, Lourdes D. | | 11026 Speer landing Dr | Houston | TX | 77064 | Soleil | $300.00 |
| 724181316 | Whitehouse, Verne | Whitehouse, Marcia | 4966 US. Route 5 | Mc Indoe Falls | VT | 5050 | Soleil | $704.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 724181370 | Infante, Lesley | Vanderhoof, Craig | 15906 Chesterfield Ct. | Tampa | FL | 33647 | Soleil | $1,270.00 |
| 724181440 | Rodriguez, Joseph A. | Rodriguez, Zulaina O. | 239 W Ramona St E | Ventura | CA | 93001 | Soleil | $200.00 |
| 724181450 | Linder, Sara | Wood, Evangeline D. | 6712 Jake Barnes Ct | Johnston | IA | 50131 | Soleil | $1,000.00 |
| 724181488 | Ramirez, Juan A. | Buenrostro, Rosenda E. | 17834 Vanowen St | Reseda | CA | 91335 | Soleil | $300.00 |
| 724181516 | Priestley, Clarence | Hines, Kimberly | 1101 Hughmont Dr | Pflugerville | TX | 78660 | Soleil | $408.48 |
| 724181559 | Varner, Kathryn H. | Varner, Kenneth E. | 2307 Cobbdale Ln | Houston | TX | 77014 | Soleil | $300.00 |
| 724181561 | Cobb, Max | Cobb, Danielle | 909 Ruton Ct | Fayetteville | NC | 28303 | Soleil | $300.00 |
| 724181569 | Law, Eric C | Purvis, LaShawn | 11820 Sylvia Dr | Clinton | MD | 20735 | Soleil | $1,500.00 |
| 724181586 | Sibug, Shawn | Ferris, Bruce | 1850 E. Birch #141 | Fresno | CA | 93720 | Soleil | $2,554.00 |
| 724181605 | Koons, Aaron | Koons, Jessica | 7036 Ranchito Ave. | Van Nuys | CA | 91405 | Soleil | $200.00 |
| 724181700 | Phet, Vivienne | | 99 Wightman St | North Chelmsford | MA | 1863 | Soleil | $300.00 |
| 724181749 | Norris, Jimmy R. | Norris, Lorraine A. | 43921 196th Ave. SE | Enumclaw | WA | 98022 | Soleil | $170.00 |
| 724181846 | Jackson, Kevin J. | Jackson, Angela | 5121 W. Superior | Lincoln | NE | 68524 | Soleil | $950.00 |
| 724181848 | Barranco, Cuauhtemoc A | Villalpando, Maria | 11146 Burton St | Sun Valley | CA | 91352 | Soleil | $300.00 |
| 724181864 | Ramirez, Griselda | | Manzana 8 Lote 7 Casa #3 | Ixtapaluca | | 56530 | Soleil | $200.00 |
| 724181874 | McClung, Shawn M. | McClung, Victoria | 2151 East 39th Ave. | Apache Junction | AZ | 85219 | Soleil | $300.00 |
| 724181893 | Chever, Richard D. | Davis, Ascher'D | 146 Jefferson St. 3W | Hartford | CT | 6106 | Soleil | $1,203.00 |
| 724181988 | Potente, Fatima | | 137 Morris Ave E | Belford | NJ | 7718 | Soleil | $2,653.00 |
| 724181989 | Greene , Thomas R | Greene , Di Ana | 4000 Marryat Dr | Springfield | IL | 62711 | Soleil | $653.00 |
| 724182010 | Escobedo, Macario | Escobedo, Mary Alice | 3325 Vogel | Abilene | TX | 79603 | Soleil | $704.00 |
| 724182048 | Wielenga, Dalles | Kelleher, Patricia | 931 Poplar St | Missoula | MT | 59802 | Soleil | $300.00 |
| 724182054 | Shaw , Tetia | Sayles , Derez L | 1310 Orchard St | Belleville | IL | 62221 | Soleil | $1,704.00 |
| 724182069 | Lewis , Robert | LeFlore, Ashley D. | 7619 Painted Desert Dr | Cypress | TX | 77433 | Soleil | $300.00 |
| 724182120 | Isabel, Earnesta | Isabel, Melvin M. | 2697 Berryhill Rd | Cordova | TN | 38016 | Soleil | $954.00 |
| 724182170 | Ball Jr. , Vincent | Lehmann, Christina | 1516 W Roseburg Ave | Modesto | CA | 95350 | Soleil | $1,703.00 |
| 724182177 | Mena, Jose S. | Mena, Ingrid | 11344 Erwin St | North Hollywood | CA | 91606 | Soleil | $300.00 |
| 724182190 | Barnes, Candice D. | Jones, Eric D. | 2428 Lake Shore Apt. #895 | Ypsilanti | MI | 48198 | Soleil | $300.00 |
| 724182204 | Paul, Heather | Paul, Stephen | 701 Western Ave Apt #211 | Medford | OR | 97501 | Soleil | $300.00 |
| 724182239 | Fontanilla, Evaristo | Fontanilla, Brenda | PO Box 921089 | Dutch Harbor | AK | 99692 | Soleil | $702.00 |
| 724182324 | Flores, Juan | Flores, Cynthia | 6100 Arburtus Ave Unit 17 | Huntington Park | CA | 90255 | Soleil | $1,703.00 |
| 724182368 | Dudley, Donald J. | Dudley, Christina R. | 18408 97th Ave East | Puyallup | WA | 98375 | Soleil | $600.00 |
| 724182369 | Smith, Ivery | Bey, Brandy | 15712 S. Paulina St. | Harvey | IL | 60426 | Soleil | $300.00 |
| 724182416 | Varona, Joseph A. | Varona, Judy A. | 1606 Oak Tree Rd | Iselin | NJ | 8830 | Soleil | $1,187.00 |
| 724182442 | Alfaro, Johana | Alfaro, Dennis | 2505 Merced Ave | South El Monte | CA | 91733 | Soleil | $300.00 |
| 724182465 | Bradley, Ashley | | 13 Oakcrest Apt. #10 | Carpentersville | IL | 60110 | Soleil | $300.00 |
| 724182486 | Tagalicud, Rodrigo | Tagalicud, Gloria | PO Box 86 | Kurtistown | HI | 96760 | Soleil | $1,304.00 |
| 724182551 | Arriola, Francisco | | 3390 Kelsey St | San Diego | CA | 92124 | Soleil | $1,703.00 |
| 724182560 | Rodriguez, Lupe | Escobar, Pedro | 1850 Whittier Ave | Costa Mesa | CA | 92627 | Soleil | $1,203.00 |
| 724182561 | Jackson, Royal | Jackson, Carmen | PO Box 140111 | Duckwater | NV | 89314 | Soleil | $300.00 |
| 724182590 | Anderson, William J. | Spann, Kathleen | 3800 29th Ave. N. | Saint Petersburg | FL | 33713 | Soleil | $200.00 |
| 724182599 | Ruiz , Jose R. | Romero, Marie A. | 860 W. 132nd Ave. #353 | Westminster | CO | 80234 | Soleil | $300.00 |
| 724182604 | Gaio, Latoya | Gaio, Steven | 6558 Cotton Wood Cir | Dublin | CA | 94568 | Soleil | $403.00 |
| 724182605 | Bakhtiar, Mehran | Bangui, Reksaneh | 141 Saratoga Ave. # 1105 | Santa Clara | CA | 95051 | Soleil | $300.00 |
| 724182654 | Rivera, Lisa M. | Howard-Rivera, Christina I. | 29 Doreen Way P O Box 1067 | Carver | MA | 2330 | Soleil | $1,703.00 |
| 724182728 | Coleman, David E | Brownlee, Monica | 17 N Waller A2 | Chicago | IL | 60644 | Soleil | $1,703.00 |
| 724182739 | Mazon, Ryan | Polanco, Michelle | 1533 W 11TH ST APT 6 | Upland | CA | 91786 | Soleil | $2,553.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 724182742 | Tadillo, Arturo | Tadillo, Maria | 1300 Saratoga Ave #1913 | Ventura | CA | 93003 | Soleil | $1,703.00 |
| 724182767 | Oatis, Jennifer | Brown, Frederick W | 534 Avenue C | Bogalusa | LA | 70427 | Soleil | $300.00 |
| 724182771 | Gallardo, Freddie | Saucedo, Tianna | 12132 W Rosewood Dr | El Mirage | AZ | 85335 | Soleil | $200.00 |
| 724182804 | Williams, Dedric | Williams, Leslie G. | P.O. Box 2963 | Saint Francisville | LA | 70775 | Soleil | $300.00 |
| 724182809 | Wanner, Rodney C | Butcher, Elizabeth W | 1857 Pokey Creek Dr | Santa | ID | 83866 | Soleil | $300.00 |
| 724182856 | Lott, John Brisby | Gonzalez, Claudia | 951 W Bonnie Brae Court | Ontario | CA | 917643238 | Soleil | $400.00 |
| 724182864 | Lewis, Benjamin V | Lewis, Albertine S | 114 W Grant Dr | Raymore | MO | 64083 | Soleil | $300.00 |
| 724182867 | Russell, Christina | Franklin, Zachary | 4813 W Krall St | Glendale | AZ | 85301 | Soleil | $2,703.00 |
| 724182870 | Delgado, Jose A. | | 8612 Wystone Ave. #6 | Northridge | CA | 91324 | Soleil | $300.00 |
| 724182871 | Calderon, Juan | Calderon, Decmis B. | 3054 W Newton Ave | Visalia | CA | 93291 | Soleil | $300.00 |
| 724182897 | Andronache, Andreea E. | | | | | | Soleil | $2,135.00 |
| 724182910 | Sawyers, June M. | Aragon, Joe M. | 1435 S Highway 116 | Belen | NM | 87002 | Soleil | $1,300.00 |
| 724182914 | Zuniga, Alfredo | Zuniga, Dolores | 105 E Victoria Ave | Montebello | CA | 906403549 | Soleil | $200.00 |
| 724182915 | Sacksteder, Paul | Sacksteder, Michelle M. | 781 E. Carlton St. # 6 | Sulphur | LA | 70663 | Soleil | $300.00 |
| 724182929 | Ross, Gary | Ross, Danielle | 1306 SW 7th St. | Oak Grove | MO | 64075 | Soleil | $1,703.00 |
| 724182945 | Lara, Jennifer L. | | 720 E. 26th Place | Yuma | AZ | 85365 | Soleil | $300.00 |
| 724182963 | Roudabush, Suzanne | Vasquez, Roberto | 646 Bob Way | Ripon | CA | 95366 | Soleil | $1,853.00 |
| 724182969 | Saguid, Edna H. | | 643 W Los Lagos Vista Ave | Mesa | AZ | 85210 | Soleil | $300.00 |
| 724182974 | King, Mark | King, Denise | 27007 E 227th St | Pleasant Hill | MO | 64080 | Soleil | $300.00 |
| 724182977 | Sandoval, Beatriz | | 306 Grey Ghost Ave | San Jose | CA | 95111 | Soleil | $1,150.00 |
| 724182987 | Cortez, Jasper | Cortez, Pamela D. | 5015 Aldine Bender Apt. 530 | Houston | TX | 77032 | Soleil | $300.00 |
| 724182997 | Menefield, Darshawon | Harris - Menefield, Janeil | 429 E 152nd St | Cleveland | OH | 44110 | Soleil | $300.00 |
| 724183002 | Loyola, Efrain P. | Perez, Maria M. | Urb Los Caobos 1907 Calle G | Ponce | PR | 7162643 | Soleil | $1,703.00 |
| 724183022 | McMurray, James M. | McMurray, Juliane | 3105 W Lansing Cir | Broken Arrow | OK | 74012 | Soleil | $300.00 |
| 724183024 | Price, Christine | Gardley, William | 8500 Springs Lane Apt B | Norcross | GA | 30092 | Soleil | $300.00 |
| 724183025 | Romero, Nancy | Garcia, Manuel | 10221 Susan Ave. | Hesperia | CA | 92345 | Soleil | $300.00 |
| 724183030 | Villanueva, Sara | Villanueva, Heriberto | 34351 Old Alice Rd | Los Fresnos | TX | 78566 | Soleil | $300.00 |
| 724183034 | Mendoza, Sabrina | Mendoza, Ignacio | 1919 E. Andrea Ct. | Visalia | CA | 93292 | Soleil | $500.00 |
| 724183049 | Prince, Melissa | Prince, James E. | 105 Oak Spring Dr | Glen Burnie | MD | 21060 | Soleil | $400.00 |
| 724183063 | MacKannan, Shane R. | Gonzalez, Ericka | 2814 Oldmans Creek Rd | Swedesboro | NJ | 8085 | Soleil | $500.00 |
| 724183072 | Spears, Ryan | Block, Georgina | 703 E 12th St | Duluth | MN | 55805 | Soleil | $704.00 |
| 724183088 | Backman, Claude | Backman, Chilain L | 1683 Avalone Point Ct | Chula Vista | CA | 91911 | Soleil | $300.00 |
| 724183089 | Reaser, Reynaldo | Walker, Renee M. | 39120 169th St. E | Palmdale | CA | 93591 | Soleil | $300.00 |
| 724183123 | Cerna, Gildardo B. | Cerna, Rebecca P. | 1027 Rutledge Way | Stockton | CA | 95207 | Soleil | $500.00 |
| 724183124 | Ramirez, Rosemary | Martinez, Ricardo P. | 483 S. Central Ave. | New Braunfels | TX | 78130 | Soleil | $300.00 |
| 724183139 | Gurnee, Jeanetta | | 9600 S Loop Blvd | California City | CA | 93505 | Soleil | $300.00 |
| 724183140 | Etter, Debra A. | Etter, Michael L. | 3190 CS 2850 | Ninnekah | OK | 73067 | Soleil | $904.00 |
| 724183144 | Dugi, Shirlandra | Dugi, Pedro | P.O. Box 789 | Kayenta | AZ | 86033 | Soleil | $350.00 |
| 724183146 | Banks, Ruby J. | Johnson, Dan | 1054 East Turmont | Carson | CA | 90746 | Soleil | $300.00 |
| 724183148 | Johnson, David D. | Johnson, Diane K. | 6278 13th Ave. NW | Rochester | MN | 55901 | Soleil | $1,853.00 |
| 724183149 | Garcia, Maria | Mora, Alberto | 1112 Whitney St Apt. #J1 | Avenal | CA | 93204 | Soleil | $300.00 |
| 724183164 | Hildner, James H. | Hildner, Melissa S. | 26917 Entwhistle Rd E | Buckley | WA | 98321 | Soleil | $1,844.00 |
| 724183198 | Coronado, Osbaldo | Coronado, Yvonne | 1542 Lillius St | Abilene | TX | 79603 | Soleil | $1,903.00 |
| 724183204 | Ebenal, Laurie | Ebenal, Robert | 1832 Salton Rd. | Abbotsford | BC | V2S3W6 | Soleil | $1,753.00 |
| 724183272 | Crutchfield, Marvin | Crutchfield, Eileen San Nicolas | 931 Holovits Ct | Marina | CA | 939335043 | Soleil | $300.00 |
| 724183292 | Turner, Stephanie J S | Turner, Kevin David | 222 Trafalgar Dr | Dover | DE | 199049794 | Soleil | $1,903.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 724183309 | Oduor, Russell | Brooks, Verna | 918 Danforth Pl. | Arlington | TX | 76017 | Soleil | $400.00 |
| 724183313 | Rodriguez, Jessica | | 11774 A Ave | Hesperia | CA | 92345 | Soleil | $500.00 |
| 724183316 | Calderon, Bertoldo | Calderon, Elia | 7810 Poppy St | Corona | CA | 92881 | Soleil | $400.00 |
| 724183317 | Alvarez, Jose M. | Alvarez, Michelle | 29036 N Dune Ln #101 | Santa Clarita | CA | 91387 | Soleil | $300.00 |
| 724183324 | Swenson, Mark | Swenson, Shannon | 100 Tattler Ln | Mankato | MN | 56001 | Soleil | $1,853.00 |
| 724183326 | Kelly, Sandra L. | Kelly, Art J. | 3440 15th Ave. West | Seattle | WA | 98119 | Soleil | $500.00 |
| 724183332 | Andrews, Jerry C. | Andrews, Christina M. | 5350 Toscana Way #202 | San Diego | CA | 92122 | Soleil | $300.00 |
| 724183340 | Sigmon, Eric | Sigmon, Cynthia C. | 1721 Michael St | Leavenworth | KS | 66048 | Soleil | $2,653.00 |
| 724183341 | Marquette, Robert N. | Marquette, Edna G. | 2165 Elkton Ct. | Fort Myers | FL | 33907 | Soleil | $3,402.00 |
| 724183343 | Anderson, Deon E. | Anderson, Lisa | 132 Berry Manor Cir | Saint Peters | MO | 63376 | Soleil | $300.00 |
| 724196193 | Mitra, Joydev | Mitra, Sunetra | #2 River Terrace apt# 17B | New York | NY | 10282-3711 | Soleil | $1,482.00 |
| 724196205 | Pratt, Amelda Early | Pratt, Steven G | 6201 N 10th St Apt 115 | Philadelphia | PA | 19141 3843 | Soleil | $500.00 |
| 724198054 | Salvador, Barbra | Woodfork, Mark | 777 Royal Saint George Dr Ap | Naperville | IL | 605638907 | Soleil | $1,642.00 |
| 724198073 | Chee, Christina | Chee Sr., Duwayne | PO Box 209 | Navajo | NM | 87328 0209 | Soleil | $242.00 |
| 724232913 | Freeman, Scott D. | Freeman, Tammy R. | 1734 S 20 E | Washington | UT | 847802537 | Soleil | $617.00 |
| 724272322 | Gray III, Willie | Reid, Angel | 6204 Heather Glen Dr | Suffolk | VA | 23435 3129 | Soleil | $500.00 |
| 724275109 | Brown, Gregory C. | Brown, Rannie | 2918 Mockingbird Cir | Duluth | GA | 300963976 | Soleil | $2,077.00 |
| 724275698 | Dunn, Bobbie | Dunn, Christopher E | 1800 Hill St | Montrose | CO | 81401 | Soleil | $2,167.00 |
| 724276187 | Jones Jr., James D. | Staats, Ashley | 566 Hiddenbridge Ln. | Blacklick | OH | 43004 | Soleil | $1,328.00 |
| 724280946 | Batarni, Walid | Sallakh, Raida | 26 Crane St. | Oakley | CA | 94561 | Soleil | $400.00 |
| 724281037 | Torres, Richard | | 14003 Ohio St | Baldwin Park | CA | 91706 | Soleil | $500.00 |
| 724281263 | Mattson, Leroy Ralph | Roche, Kristine | 1118 E Eva St | Phoenix | AZ | 85020 | Soleil | $300.00 |
| 724281320 | Norman, Nicole J. | Anguiano, Filiberto | 13855 Woods Valley Road | Valley Center | CA | 92082 | Soleil | $1,154.50 |
| 724281321 | Norman, Nicole J. | Anguiano, Filiberto | 13855 Woods Valley Road | Valley Center | CA | 92082 | Soleil | $1,253.50 |
| 724281350 | Gonzalez, Gladys | Gonzalez, Freddy | 11832 Venetian Dr | Moreno Valley | CA | 925576804 | Soleil | $904.00 |
| 724281359 | Jackson, Bennetta | Anderson, Robert | 1100 W. Farms Rd. # 2A | Bronx | NY | 10459 | Soleil | $200.00 |
| 724281366 | Hafiz-Fetter, Terri L. | Fetter, Michael | 1245 Morning View Dr Apt 1 | Escondido | CA | 92026 | Soleil | $300.00 |
| 724281369 | Robinholt, Ricky J. | Robinholt, Kristen E. | 644 Coral Drive | Belgrade | MT | 59714 | Soleil | $904.00 |
| 724281385 | Canady, Robert L | Canady, Carrie T | 5215 Foxfire Rd | Fayetteville | NC | 28303 | Soleil | $500.00 |
| 724281394 | Harris, Michael Tyrone | | 126 Baltimore St. | Aberdeen | MD | 21001 | Soleil | $935.00 |
| 724281416 | Reyes M., David | | 45422 Mays Court | Lancaster | CA | 93535 | Soleil | $300.00 |
| 724281425 | Olsen, Vickie | Olsen, James C. | 506 N 400 E | Lindon | UT | 84042 | Soleil | $100.00 |
| 724281429 | Ong, James S. | Ong, Lynsey | 4326 Early Duke St | Salt Lake City | UT | 84120 | Soleil | $300.00 |
| 724281433 | Bertero, Robert | Bertero, Ana B. | 8515 Terrace Drive | El Cerrito | CA | 945302720 | Soleil | $1,243.80 |
| 724281449 | Valencia, Melissa A. | Valencia, Dominic | 6620 Piedra Quemada Rd NW | Albuquerque | NM | 87114 | Soleil | $200.00 |
| 724363505 | McGuire, Jessica M | | 30 Westwood Ct | Enola | PA | 17025 1509 | Soleil | $3,192.00 |
| 724363525 | Alemu, Wale | Alemu, Fekerte | 415 Hollick Kenyon Road | Edmonton | AB | T5Y2T9 | Soleil | $4,392.00 |
| 724380303 | Allen, Dion | Allen, Tricia | 10535 SE 86th | Happy Valley | OR | 970862371 | Soleil | $2,000.00 |
| 724380619 | Shahan, Stephen G. | Shahan, Karen K. | 175 Front Stretch | Bear River | WY | 829301423 | Soleil | $1,092.00 |
| 724380771 | Phillipis, Ricardo | Phillipis, Marlene G | 91-848 Puhikani St | Ewa Beach | HI | 96706 | Soleil | $2,000.00 |
| 724380808 | Penalonzo, Cesar A. | Penalonzo, Anely S | 2144 West 256th Street | Lomita | CA | 90717 | Soleil | $1,000.00 |
| 724380821 | Pahal, Tommy | Pahal, Vicki | 1384 Marias Saline Rd | Crossett | AR | 71635 | Soleil | $3,353.00 |
| 724380827 | Velez, Jose J. | Escanellas, Sheila M. | 437 Tournament Cir | Harleysville | PA | 19438 | Soleil | $1,335.00 |
| 724380830 | Florendo, Oscar | Florendo, Evangeline | 142 Peter Herner Bay. | Winnipeg | MB | R2V4W5 | Soleil | $4,703.00 |
| 724380849 | Gamez, Stacy | | 2717 Willowbrook Avenue | Palmdale | CA | 93551 | Soleil | $1,904.00 |
| 724380856 | Lee, Larry | Lee, Cheryl L. | 12984 Westbury Drive | Moreno Valley | CA | 925534126 | Soleil | $1,604.00 |

| ID | Name | Co-Name | Address | City | State | Zip | Group | Amount |
|---|---|---|---|---|---|---|---|---|
| 724380864 | Jain, Simi | | 1829 Anthony Dr | Saint Joseph | MI | 49085 | Soleil | $6,002.00 |
| 724380869 | Healy, Dennis F | Healy, Jane A | 1510 10th Ave W | Williston | ND | 58801 3829 | Soleil | $1,204.00 |
| 724380875 | Del-Ask, Veronica | Del-Ask, Anthony | 4663 SE Brighton Dr | Lawton | OK | 73501 | Soleil | $4,403.00 |
| 724133418 | Smith, Krystal Ann | Smith, Steven D. | 52485 Avenida Navarro | LaQuinta | CA | 92253 | Soleil | $1,542.00 |
| 724380880 | Smith, Jon E. | Perez, Raphael | 571 SE 33rd St | Fort Lauderdale | FL | 33316 | Soleil | $1,535.00 |
| TAHITI | | | | | | | | |
| 722580611 | Hertlein, Monica | Hertlein, Shaun | 2840 Foothill Rd | Santa Barbara | CA | 93105 | Tahiti | $1,502.48 |
| | | | | | | | | $222,442.99 |