NVB 7067 (Rev. 12/15)

```
RECEIVED
AND FILED

2017 MAR 16  PM 1 45

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK
```

1  Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

2

3                       UNITED STATES BANKRUPTCY COURT

4                                DISTRICT OF NEVADA

                                      * * * * * *

5

6  In re:                              )    BK- 09-22035 MKN
                                       )    Chapter 7   ▼
7  Consolidated Resorts, Inc.          )
                                       )    MOTION TO WITHDRAW MONEY
                                       )    UNDER 28 U.S.C. SECTION 2042
8                                      )
                                       )    Hearing Date:
9                                      )    Hearing Time:
                           Debtor(s).  )
10 _____)

11 There was a dividend check in the amount $ __6002.00__ in the above- named case issued to _____

12 __Simi Jain____. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C.

13 Section 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

14

15 **PLEASE CHECK THE PARAGRAPH THAT APPLIES:**

16 [✔] Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the

17 moneys deposited.

18 [ ] Claimant is not the creditor but is entitled to payment of these moneys because (**Please state the**

19 **basis for your claim to the moneys**)

20 unclaimed funds
   _____

21 _____

22 _____

23 _____

24

25

26

Please attach copies of any supporting documentation.[1]

Date: 3-10-2017

_____
Signature of Claimant or Attorney

Simi Jain
Printed Name
106 Orleans Circle

Saint Joseph, MI 49085

Mailing Address

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

---

[1] (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
(ii) If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
(v) Attach other documents showing entitlement should none of the foregoing apply.

2

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br>Consolidated Resorts, Inc.<br><br>Debtor(s). | BK-09-22035 MKN<br>Chapter 7<br><br>AFFIDAVIT OF SERVICE |

    Notice is hereby given to the court that on March 14, 2017, the U.S. Attorney for the District of Nevada was advised, via United States Mail, of the "Motion for Payment of Unclaimed Funds."

Date: 3-14-2017                            Respectfully submitted,

                                                        Simi Jain